UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORIN L. FRENCH,<br>　　　　Plaintiff,<br>　　v.<br>YRC WORLDWIDE INC.,<br>　　　　Defendant. | Case No. 19-cv-05610-JSC<br><br>**PRETRIAL ORDER NO. 2** |

Following the Further Case Management Conference held on October 1, 2020, and given that the Legal Help Desk has been unable to find volunteer counsel to represent Mr. French, the Court VACATES the stay and AMENDS the case management schedule as follows.

| | |
|---|---|
| Deadline to Move to Amend Pleadings: | December 1, 2020 |
| Fact Discovery Cut-Off: | June 24, 2020 |
| Deadline for Hearing Dispositive Motions: | September 30, 2021 |
| Pretrial Conference: | December 16, 2021 |
| Trial: | January 10, 2022 |

The Court previously referred this matter to Magistrate Judge Westmore for a settlement conference. Subject to Judge Westmore's availability such settlement conference shall take place before March 30, 2021.

A further Case Management Conference is scheduled for April 29, 2021 at 1:30 p.m. in Courtroom E, 450 Golden Gate Ave., San Francisco, CA. An updated Joint Case Management Conference Statement is due April 22, 2021.

**IT IS SO ORDERED**.

Dated: October 2, 2020

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge